UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JASON CROSS a/k/a MIKEL KNIGHT )<br>    Plaintiff(s) )<br> )<br>v. )<br> )<br>KYLAN RODGERS, et al. )<br>    Defendant(s) ) | Civil Action No. 3:16-1128<br>Judge Crenshaw / Frensley |

## O R D E R

The Initial Case Management Conference previously set for July 5, 2017, at 10:00 a.m., is hereby RESET for **August 8, 2017, at 11:00 a.m.**

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge